IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN G. SMITH,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>RICK EBERHARDT, Pierce County Shariff; JASON DWINELL, Wayne County Shariff; and COUNTY DEPUTY'S,<br><br>　　　　　　Defendants. | 8:20CV357<br><br>MEMORANDUM AND ORDER |

On December 23, 2020, the court ordered Plaintiff to file an amended complaint within 30 days. (Filing 7.) The court warned Plaintiff that "[f]ailure to file an amended complaint within the time specified by the court will result in the court dismissing this case without further notice to Plaintiff." (Filing 7 at CM/ECF p. 10.) To date, Plaintiff has not filed an amended complaint or taken any other action in this case.

IT IS THEREFORE ORDERED:

1.　This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

2.　Judgment shall be entered by separate document.

DATED this 26th day of January, 2021.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　Senior United States District Judge