IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN G. SMITH,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RICK EBERHARDT, Pierce County Shariff; JASON DWINELL, Wayne County Shariff; and COUNTY DEPUTY'S,<br><br>　　　　　　Defendants. | 8:20CV357<br><br>ORDER |

　　　　This matter is before the court on Plaintiff's Motion for Leave to Appeal in Forma Pauperis (Filing 14). Plaintiff filed a Notice of Appeal (Filing 13) on February 1, 2021. Plaintiff appeals from the court's Judgment dated January 26, 2021 (Filing 9). Upon review of Plaintiff's Motion for Leave to Appeal in Forma Pauperis, the court finds Plaintiff is entitled to proceed in forma pauperis on appeal.

　　　　IT IS ORDERED that:

　　　　1.　　Plaintiff's Motion for Leave to Appeal in Forma Pauperis (Filing 14) is granted.

　　　　2.　　The clerk's office is directed to provide the Eighth Circuit Court of Appeals with a copy of this order.

　　　　Dated this 2nd day of February, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge